**No. 11-6656. Terrance T. Brown, Petitioner v. Matt Hill, et al.**

565 U.S. 1081, 132 S. Ct. 819, 181 L. Ed. 2d 530, 2011 U.S. LEXIS 8787.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 438 Fed. Appx. 336.

**No. 11-6658. Gerald R. Bigioni, Petitioner v. Pennsylvania Office of Open Records.**

565 U.S. 1081, 132 S. Ct. 819, 181 L. Ed. 2d 530, 2011 U.S. LEXIS 8694.

December 5, 2011. Petition for writ of certiorari to the Commonwealth Court of Pennsylvania denied.

**No. 11-6664. Mary L. Cook, Petitioner v. Chase Bank, et al.**

565 U.S. 1081, 132 S. Ct. 819, 181 L. Ed. 2d 530, 2011 U.S. LEXIS 8680.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-6666. Lee Farris Ezell, Jr., Petitioner v. Lea Ann Chrones, Warden.**

565 U.S. 1081, 132 S. Ct. 819, 181 L. Ed. 2d 530, 2011 U.S. LEXIS 8761.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6667. Orlando Cortez Clark, Petitioner v. Colorado.**

565 U.S. 1081, 132 S. Ct. 819, 181 L. Ed. 2d 530, 2011 U.S. LEXIS 8731.

December 5, 2011. Petition for writ of certiorari to the Court of Appeals of Colorado denied.

**No. 11-6669. Wendell Crawford, Petitioner v. Jeffrey Woods, Warden.**

565 U.S. 1081, 132 S. Ct. 819, 181 L. Ed. 2d 530, 2011 U.S. LEXIS 8692.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-6673. Robert Pooler, Petitioner v. Burl Cain, Warden, et al.**

565 U.S. 1081, 132 S. Ct. 820, 181 L. Ed. 2d 530, 2011 U.S. LEXIS 8799.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-6677. Nyka O'Connor, Petitioner v. Florida Department of Corrections.**

565 U.S. 1081, 132 S. Ct. 837, 181 L. Ed. 2d 530, 2011 U.S. LEXIS 8823.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.